**STATE of Missouri, Respondent,**

v.

**George Raymond LANG, Appellant.**

**No. WD 41926.**

Missouri Court of Appeals,
Western District.

April 17, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 1990.

Application to Transfer Denied
July 31, 1990.

Joel R. Elmer, Columbia, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and
SHANGLER and TURNAGE, JJ.

### ORDER

PER CURIAM.

Appeal from conviction and sentence of five years for unlawful use of a weapon, § 571.030.1(4), RSMo 1986.

Judgment affirmed. Rule 30.25(b).